37 So.2d 529
### Sylvester Junior KAY v. STATE.
### 4 Div. 510.

Supreme Court of Alabama.
June 30, 1948.

Rehearing Denied Dec. 2, 1948.

Chauncey Sparks, of Eufaula, for petitioner.

A. A. Carmichael. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Sylvester Junior Kay for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Kay v. State, Ala.App., 37 So.2d 525.

Writ denied.

GARDNER, C. J., and FOSTER and STAKELY, JJ., concur.